NUMBER 13-04-685-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
CHRISTOPHER LAYNE CARRIER,                                        Appellant,

v.

JERRIK WYLIE,                                                                  Appellee.
____________________________________________________________________

On appeal from the 148th District Court
of Nueces County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, CHRISTOPHER LAYNE CARRIER, perfected an appeal from a
judgment entered by the 148th District Court of Nueces County, Texas, in cause
number 02-4191-E. After the clerk’s record was filed, appellant filed a motion to
dismiss the appeal. In the motion, appellant states that he no longer wishes to
prosecute this appeal. Appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 10th day of February, 2005.